**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 95-3120**

JOHNNY DEAN POWELL,

Plaintiff - Appellant,

versus

KRATCH, Arresting Officer Detective; SUN-
PAPERS; PETER HERMANN; JAYNE MILLER, WBAL News
Reporter,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CA-
95-2968-DKC)

Submitted: April 15, 1996        Decided: April 22, 1996

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Johnny Dean Powell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Powell v. Kratch</u>, No. CA-95-2968-DKC (D. Md. Oct. 27, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>